```
 1 | GEORGE G. MGDESYAN, CSB 225476
   | ALI TAHERIPOUR, CSB 215872
 2 | MGDESYAN & TAHERIPOUR
   | 15233 VENTURA BLVD., PENTHOUSE 10
 3 | SHERMAN OAKS, CA 91403
   | TELEPHONE: 818-386-6777
 4 | FACSIMILE: 818-754-6778
```

JS - 6

Attorney for Plaintiffs
Freddie Davis, Sr. And Linda Davis, individually and as successors-interest of Freddie Davis, Jr.; and Keyonte Davis

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE DAVIS, SR. and LINDA DAVIS, as individuals and as the personal representatives and successors-in-interest of FREDDIE DAVIS, JR., and KEYONTE DAVIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a government entity; et al.<br><br>Defendants. | Case No. 2:06-cv-08139-FMC-Ex<br><br>Honorable Florence-Marie Cooper<br><br>**JUDGMENT ON JURY VERDICT** |

   This action came on regularly for trial on Tuesday, August 4, 2009, in Department 750 of the above-entitled court, the Honorable Florence-Marie Cooper, Judge presiding. Plaintiffs Freddie Davis, Sr. and Linda Davis, as individuals and as successors-in-interest of Freddie Davis, Jr., and Keyonte Davis appeared through their attorneys George G. Mgdesyan and Ali Taheripour of Mgdesyan & Taheripour. Defendants County of Los Angeles, James Tatreau, and Russell Helbing appeared through their attorney Dennis M. Gonzalez of Lawrence Beach Allen & Choi, PC.

   A jury of persons was regularly impaneled and sworn. Witnesses were

---

sworn and testified. After hearing the evidence and arguments of counsel, the Court duly instructed the jury and the cause was submitted to the jury with directions to return a verdict on special issues.

The jury deliberated and thereafter returned with its verdict. The jury answered the questions submitted to them as follows:

1. Did any Los Angeles County Sheriff's Department deputy use unreasonable force on February 16, 2006?

   Answer "Yes" or "No":   Yes

2. Did the unreasonable force in violation of the Fourth Amendment of one or more of the individual defendants cause damage, injury, loss or harm to Plaintiffs?

   Answer "Yes" or "No":   Yes

3. What is the amount, if any, of damages caused to Plaintiffs as a result of the unreasonable use of force in violation of the Fourth Amendment?

   Freddy Davis, Sr.:   $ 1.25 million

   Linda Davis:   $ 1.25 million

   Keyonte Davis:   $ 150,000.00

4. If you found that Defendant James Tatreau used unreasonable force in violation of the Fourth Amendment, do you find by clear and convincing evidence that Defendant James Tatreau's conduct was malicious, oppressive or in reckless disregard of the Plaintiffs' rights?

   Answer "Yes" or "No.":   Yes

5. If you found that Defendant Russell Helbing used unreasonable force in violation of the Fourth Amendment, do you find by clear and convincing evidence that Defendant Russell Helbing's conduct was malicious, oppressive or in reckless disregard of the Plaintiffs' rights?

JUDGMENT ON JURY VERDICT

2

Answer "Yes" or "No.":  Yes

6. If you answered "yes" to either Question # 4 or #5, what amount of punitive damages do you impose?

Against Tatreau:  $ 2,500.00

Against Hebling:  $ 5,000.00

It appearing by reason of said verdict that Plaintiffs are entitled to Judgment against Defendants County of Los Angeles, James Tatreau, and Russell Helbing.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows that:

(1) Plaintiff Freddie Davis, Jr., have and recover from Defendants County of Los Angeles, James Tatreau, and Russell Helbing the sum of $1,250,000.00, with post-judgment interest thereon from the date of entry of this Judgment until paid pursuant to 28 U.S.C. § 1961;

(2) Plaintiff Linda Davis have and recover from Defendants County of Los Angeles, James Tatreau, and Russell Helbing the sum of $1,250,000.00, with post-judgment interest thereon from the date of entry of this Judgment until paid pursuant to 28 U.S.C. § 1961;

(3) Plaintiff Keyonte Davis have and recover from Defendants County of Los Angeles, James Tatreau, and Russell Helbing the sum of $150,000,00, with post-judgment interest thereon from the date of entry of this Judgment until paid pursuant to 28 U.S.C. § 1961;

(4) In addition to the above recovery, Plaintiffs Freddie Davis, Sr., Linda Davis, and Keyonte Davis, as the prevailing parties, have and recover from Defendants County of Los Angeles, James Tatreau, and Russell Helbing costs of suit (pursuant to Federal Rule of Civil Procedure 54) in the sum of $_____ and attorneys fees (pursuant to 28 U.S.C. § 1988) in the sum of $_____, with post-judgment interest thereon from the date of entry

---

JUDGMENT ON JURY VERDICT

3

of this Judgment until paid pursuant to 28 U.S.C. § 1961;

(5) In addition, Plaintiffs Freddie Davis, Sr., Linda Davis, and Keyonte Davis have and recover from Defendant James Tatreau, only, the sum of $2,500.00 as punitive damages, with post-judgment interest thereon from the date of entry of this Judgment until paid pursuant to 28 U.S.C. § 1961;

(6) In addition, Plaintiffs Freddie Davis, Sr., Linda Davis, and Keyonte Davis have and recover from Defendant Russell Helbing, only, the sum of $5,000.00 as punitive damages, with post-judgment interest thereon from the date of entry of this Judgment until paid pursuant to 28 U.S.C. § 1961.

DATED: October 13, 2009

_____

HON. FLORENCE-MARIE COOPER

United States District Court Judge